UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JTH Tax, Inc. d/b/a Liberty Tax Service and
Siempretax+ LLC,

        Plaintiffs,

—v—

Pawanmeet Sawhney,

        Defendant.

19-CV-4035 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's October 2, 2019 Order, Plaintiffs were to move for default judgment by October 24, 2019. *See* Dkt. No. 28. As of the date of this Order, the Court is not receipt of Plaintiffs' motion. Plaintiffs are hereby ordered to move for default judgment by December 9, 2019. If Plaintiffs do not move for default judgment by this deadline, then the Court will dismiss this action for failure to prosecute without further notice. *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute"). Within 2 days, Plaintiffs shall serve this Order on Defendant and file an affidavit of service on the public docket.

SO ORDERED.

Dated: November 26, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1