# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JTH Tax, Inc. d/b/a Liberty Tax Service and
Siempretax+ LLC,

                           Plaintiffs,                            19 **CIVIL** 4035 (AJN)

        -against-                          **DEFAULT JUDGMENT**

Pawanmeet Sawhney,

                           Defendant.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 7, 2021, the Court GRANTS the Plaintiffs' motion for default judgment as to damages for amounts owed under the promissory notes and the Franchise Agreement. The Court GRANTS in part Plaintiffs' request for attorneys' fees and costs. The Court awards Plaintiffs the following:

    A. $790,779.92, plus interest that accrues since January 19, 2021, at an annual rate of 12 percent, for default on the promissory notes;

    B. $176,628.52, plus interest that accrues since January 19, 2021, at an annual rate of 12 percent, for accounts receivable under the Franchise Agreement;

    C. $11,000, plus interest that accrues since May 20, 2020, at an annual rate of 12 percent, for royalties owed May 5, 2020;

    D. $11,000, plus interest that accrues since May 20, 2021, at an annual rate of 12 percent, for royalties owed May 5, 2021;

    E. $10,427.40, plus interest accrued at an annual rate of 12 percent from the date of this Order, for attorneys' fees;

      F. $1,692.32, plus interest accrued at an annual rate of 12 percent from the date of this

        Order, for costs; accordingly, this case is closed.

**Dated:** New York, New York
        September 8, 2021

                                                      **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                              **BY:**
                                                        **Deputy Clerk**